Kristina J. Holm, OSB No. 112607
KJHolm@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

William C. Rava (admitted *pro hac vice*)
WRava@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Plaintiff Simple Finance Technology Corp.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **SIMPLE FINANCE TECHNOLOGY CORP.**, a Delaware corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**SIMPLE RTO, LLC, d/b/a SIMPLE FINANCE**, a Utah limited liability corporation,<br><br>　　　　　　Defendant. | No. 3:16-cv-00801-BR<br><br>**MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LR 3-7** |

## LOCAL RULE 7-1 CERTIFICATION

Counsel for plaintiff Simple Finance Technology Corp. ("Simple Finance" or "Plaintiffs") conferred telephonically with counsel for defendant Simple RTO, LLC ("Simple RTO" or "Defendant") regarding the substance of this motion.  While Simple RTO does not object to Simple Finance filing confidential information under seal conceptually, Simple RTO reserves its

1- MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LR 3-7

85922-7000/131508760.2

Perkins Coie LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222

rights to object to the designation of information as confidential and any sealing of such information.

## MOTION

The parties have not agreed to a stipulated protective order in this case, and the Court, therefore, has not entered any such order in this case.  Simple Finance requests the Court file the enclosed Motion for Preliminary Injunction and Supporting Memorandum ("Motion"), Declaration of Valarie Hamm Carlson ("Carlson Declaration") with accompanying exhibits, and Declaration of Erik Wasik ("Wasik Declaration") with accompanying exhibits under seal.  The documents contain confidential financial and proprietary business information of Simple Finance and confidential settlement communication with Simple RTO on pages 3-7, 10 and 21 of the Motion, in paragraphs 4, 9-11, 17, 18, 22, 23, and 26 of the Carlson Declaration, and exhibits 6-12 of the Wasik Declaration.

DATED:  June 17, 2016

**PERKINS COIE LLP**

By:  s/ Kristina J. Holm
**Kristina J. Holm**, OSB No. 112607
KJHolm@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

**William C. Rava** (admitted *pro hac vice*)
WRava@perkinscoie.com
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone:  206.359.8000
Facsimile:  206.359.9000

Attorneys for Defendant

2-  MOTION TO FILE DOCUMENTS UNDER SEAL PURSUANT TO LR 3-7

85922-7000/131508760.2

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222